IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN ELLIOTT,<br><br>    Defendant. | 4:21MJ3141<br><br>**ORDER** |

As requested in the government's motion, (filing no. 14), which is hereby granted,

IT IS ORDERED that the criminal complaint against Defendant Steven Elliott is dismissed without prejudice.

Dated this 18th day of January, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge